PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER R. PILCH
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Citation No. 3871236 |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION AND PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| RYAN SANCHEZ, | ) | |
| Defendant | ) | |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Christopher R. Pilch, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 3871236 against RYAN SANCHEZ without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure

Dated: December 2, 2016

Respectfully Submitted,
Phillip A. Talbert
Acting United States Attorney

By: */s/ Christopher R. Pilch*

Christopher R. Pilch
Special Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED that Citation Number 3871236 against RYAN SANCHEZ be dismissed without prejudice, in the interest of justice.

Dated: December __2__, 2016

_Jennifer L. Thurston_
HON. JENNIFER L. THURSTON
United States Magistrate Judge